LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Defendant Souvenir Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS, LP fka COUNTRYWIDE HOME LOAN SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUVENIR HOMEOWNERS ASSOCIATION; PREMIER ONE HOLDINGS, INC. and TERRA WEST COLLECTIONS GROUP LLC dba ASSESSMENT MANAGEMENT SERVICE,<br><br>Defendants. | CASE NO.  2:16-cv-00320-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SOUVENIR HOMEOWNERS ASSOCIATION TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant Souvenir Homeowners Association ("HOA") shall have through and including **July 21, 2016**, to file a response to Bank of America, N.A.'s Complaint (ECF No. 1).

\ \ \

\ \ \

- 1 -

1  This is the first extension from the original due date of July 7, 2016, and the
2  parties' first request for an extension.
3  Pursuant to Local Rule IA 6-1, the parties state the reason for the continuance is
4  that counsel for the HOA requires more time to evaluate and conduct an internal
5  investigation to decide how to respond to Bank of America, N.A.'s Complaint. The
6  parties have entered into the agreement in good faith and not for purposes of delay.
7  This is the parties' way of accommodating one another given the overall increase in
8  litigation in this area of law.

DATED: this 7th day of July, 2016.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: _/s/ H. Sunny Jeong_____
   J. WILLIAM EBERT, ESQ.
   Nevada Bar No. 2697
   H. SUNNY JEONG, ESQ.
   Nevada Bar No. 12981
   9900 Covington Cross Drive
   Suite 120
   Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone

*Attorneys for Souvenir Homeowners Association*

DATED: this 7th day of July, 2016.

AKERMAN, LLP

By: _/s/ Miles Clark_____
   ARIEL E. STERN, ESQ.
   Nevada Bar No. 8776
   MILES N. CLARK, ESQ.
   Nevada Bar No. 13848
   1160 Town Center Drive
   Suite 330
   Las Vegas, Nevada 89144
   (702) 634-5000 - Telephone

*Attorneys for Plaintiff Bank of America, N.A.*

\ \ \

\ \ \

\ \ \

*Bank of America, N.A.  v. Souvenir Homeowners Association, et al.*
2:16-cv-00320-APG-VCF

_____

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: July 8, 2016.



_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

       */s/ H. Sunny Jeong*
By:_____
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    J. WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    H. SUNNY JEONG, ESQ.
    Nevada Bar No. 12981
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone
    (702) 382-1512 – Facsimile
    jgarin@lipsonneilson.com
    bebert@lipsonneilson.com
    sjeong@lipsonneilson.com
    *Attorneys for Defendant Souvenir Homeowners Association*