H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
   E-Mail: Sunny.Jeong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Bank of America, N.A., Successor by merger to BAC Home Loans Servicing, LP<br><br>        Plaintiff,<br><br>vs.<br><br>Souvenir Homeowner's Association, et al.,<br><br>        Defendants. | CASE NO. 2:16-cv-00320-APG-VCF<br><br>~~EX PARTE~~ **MOTION TO WITHDRAW AND REMOVE COUNSEL FROM SERVICE LIST** |

      H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix. While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Souvenir Homeowner's Association ("Defendant") in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4849-5210-3733.1

1       Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no further need to receive CM/ECF notifications in this case.  Because LNCSG still represents Defendant, no parties are prejudiced by this withdrawal.

      DATED this 3rd day of August, 2016

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By     /s/ H. Sunny Jeong
                                     H. SUNNY JEONG, ESQ.
                                     Nevada Bar No. 12981
                                     6385 S. Rainbow Boulevard, Suite 600
                                     Las Vegas, Nevada 89118
                                     Tel. 702.893.3383

IT IS SO ORDERED.
Dated this __3RD__ day of August, 2016

_____
UNITED STATES MAGISTRATE JUDGE

4849-5210-3733.1                     2